| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BERNSTEIN, STUART M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ▓▓▓▓▓ Alumni Association |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▬▬▬▬ -- Law firm compensation and pension following retirement on 9/30/2015 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bankruptcy Institute | 108/2015 | Georgetown Law School, Washington, D.C. | Participation in seminar:"Views From the Bench" | Dinner & Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K Plan | | | | | | | | | |
| 2. -- Vanguard Prime Money Market Instl (401k) | A | Dividend | N | T | | | | | |
| 3. -- T. Rowe Price Personal Strat Balanced (401k) | D | Dividend | N | T | | | | | |
| 4. Partners Defined Contribution Plan | | | | | | | | | |
| 5. -- Vanguard Prime Money Market Instl | A | Dividend | | | Distributed | 10/09/15 | L | | |
| 6. -- T. Rowe Price Personal Strat Balanced | B | Dividend | | | Distributed | 10/09/15 | L | | |
| 7. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 8. Citibank Accounts | A | Interest | N | T | | | | | |
| 9. Citibank Account | A | Interest | M | T | | | | | |
| 10. Citibank Account | A | Interest | K | T | | | | | |
| 11. Keogh (Target) Plan--Plan I | E | Int./Div. | O | T | Distributed (part) | 12/01/15 | J | | |
| 12. -- Vanguard Prime Money Market Instl | A | Dividend | | | | 10/09/15 | L | | |
| 13. -- T. Row Price Personal Strat Balanced | B | Dividend | | | | 10/09/15 | L | | |
| 14. Phoenix Life Insurance (Whole Life) | B | Interest | K | T | | | | | |
| 15. Defined Benefit Trust--Qualified Plan II | | None | | | Distributed (part) | 10/01/15 | K | | |
| 16. Non-Deductible Contribution Plan III (Capital "C" Account) | | None | N | T | Distributed (part) | 10/01/15 | L | | |
| 17. Capital "A" Account | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab US Treasury Money Fund (2588) | | None | P1 | T | | | | | |
| 19. PIMCO Foreign Bond (Hedged)-D (2588) | E | Dividend | N | T | Sold (part) | 05/14/15 | M | | |
| 20. | | | | | Buy (add'l) | 12/02/15 | M | | |
| 21. Metropolitan West Total Return Bond Fund (2588) | D | Dividend | N | T | Sold (part) | 06/04/15 | M | D | |
| 22. | | | | | Buy (add'l) | 10/15/15 | M | | |
| 23. American Funds Capital Income Builder (2588) | C | Dividend | | | Sold | 09/02/15 | M | | |
| 24. Ivy Municipal High Income Fund (2588) | D | Dividend | O | T | Sold (part) | 05/21/15 | M | D | |
| 25. | | | | | Buy (add'l) | 10/05/15 | M | | |
| 26. Invesco Comstock Fund (2588) | B | Dividend | | | Sold | 08/25/15 | M | D | |
| 27. T. Rowe Price Capital Appreciation (2588) | E | Dividend | N | T | | | | | |
| 28. FPA Crescent (2588) | D | Dividend | M | T | Sold (part) | 08/13/15 | M | D | |
| 29. Rydex Consumer Products (2588) | | None | | | Sold (part) | 08/24/15 | M | E | |
| 30. | | | | | Sold | 09/04/15 | M | C | |
| 31. American Century Equity Income Fund (2588) | E | Dividend | M | T | Sold (part) | 07/24/15 | M | | |
| 32. Fidelity Contrafund Fund (2588) | B | Dividend | | | Sold | 08/25/15 | M | | |
| 33. Am. Funds EuroPacific Growth (2588) | | None | | | Buy | 05/15/15 | M | | |
| 34. | | | | | Sold | 08/21/15 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   MFS Int'l Value Class A (2588) | | None | | | Buy | 04/14/15 | M | | |
| 36. | | | | | Sold | 09/01/15 | M | | |
| 37.   Voya Corporate Leaders 100 Fund Class A (2588) | D | Dividend | N | T | Buy | 11/10/15 | M | | |
| 38. | | | | | Buy<br>(add'l) | 11/11/15 | M | | |
| 39.   AQR Managed Funds Strategy Fund CL N (2588) | | None | M | T | Buy | 12/22/15 | M | | |
| 40.   T. Rowe Price Capital Appreciation (5289) | E | Dividend | M | T | Sold<br>(part) | 10/01/15 | M | C | |
| 41.   Rydex Healthcare (5289) | | None | | | Sold<br>(part) | 04/15/15 | K | D | |
| 42. | | | | | Sold<br>(part) | 08/21/15 | M | E | |
| 43. | | | | | Sold<br>(part) | 09/02/15 | M | E | |
| 44. | | | | | Sold | 09/28/15 | M | A | |
| 45.   Rydex Retailing (5289) | | None | | | Sold<br>(part) | 08/24/15 | M | B | |
| 46. | | | | | Sold | 10/15/15 | M | C | |
| 47.   PowerShares FTSE RAFI US 1000 Portfolio (5289) | B | Dividend | | | Sold<br>(part) | 08/20/15 | M | | |
| 48. | | | | | Sold | 09/01/15 | M | | |
| 49.   SPDR Sector-Industrials (5289) | B | Dividend | | | Sold<br>(part) | 04/29/15 | M | C | |
| 50. | | | | | Sold | 07/15/15 | M | | |
| 51.   Vanguard Div Appreciation (5289) | B | Dividend | | | Sold | 09/04/15 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BERNSTEIN, STUART M.** | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares Cohen & Steers Realty (5289) | B | Dividend | | | Sold (part) | 04/30/15 | M | E | |
| 53. | | | | | Sold | 06/05/15 | M | D | |
| 54. Loomis Sayles Bond (5289) | A | Dividend | | | Sold | 03/11/15 | M | | |
| 55. Schwab Government Money Fund (5289) | | None | O | T | | | | | |
| 56. Rydex Consumer Products (5289) | C | Dividend | N | T | Buy (add'l) | 10/05/15 | M | | |
| 57. | | | | | Buy (add'l) | 10/20/15 | M | | |
| 58. | | | | | Buy (add'l) | 12/30/15 | M | | |
| 59. Fidelity Puritan (5289) | A | Dividend | M | T | Buy | 10/13/15 | M | | |
| 60. | | | | | Buy (add'l) | 10/30/15 | M | | |
| 61. SPDR Sector-Technology (5289) | B | Dividend | M | T | Buy | 11/03/15 | M | | |
| 62. | | | | | Buy (add'l) | 11/09/15 | M | | |
| 63. SPDR Trust S&P 500 Index (5289) | | None | N | T | Buy | 11/16/15 | M | | |
| 64. | | | | | Buy (add'l) | 11/24/15 | M | | |
| 65. | | | | | Buy (add'l) | 12/04/15 | M | | |
| 66. Access Flex Bear HY Inv (5289) | | None | | | Buy | 02/25/15 | M | | |
| 67. | | | | | Sold | 10/05/15 | M | | |
| 68. BlackRock High Yield Bond (5289) | C | Dividend | | | Buy | 02/25/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/11/15 | M | | |
| 70. Henderson Int'l Opportunities Fund (5289) | | None | | | Buy | 04/15/15 | M | | |
| 71. | | | | | Sold | 08/24/15 | M | | |
| 72. ProFunds Consumer Services Ultra Sector (5289) | | None | | | Buy | 02/26/15 | M | | |
| 73. | | | | | Sold | 08/24/15 | M | | |
| 74. Rydex Technology (5289) | | None | | | Buy | 05/04/15 | M | | |
| 75. | | | | | Sold | 08/21/15 | M | | |
| 76. Rydex Inverse High Yield Strategy (5289) | | None | | | Buy | 08/25/15 | M | | |
| 77. | | | | | Sold | 10/07/15 | M | | |
| 78. iShares DJ US Energy (5289) | | None | | | Buy | 04/29/15 | M | | |
| 79. | | | | | Sold | 06/18/15 | M | | |
| 80. American Century Equity Income Fund (IRA-1410) | C | Dividend | K | T | Sold (part) | 07/24/15 | J | | |
| 81. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 82. Schwab U.S. Treasury Money Funds (IRA-1410) | | None | L | T | | | | | |
| 83. Metropolitan West Total Return Bond Fund (IRA-1410) | A | Dividend | K | T | Sold (part) | 06/05/15 | J | A | |
| 84. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 85. PIMCO Foreign Bond (Hedged)-D (IRA-1410) | B | Dividend | K | T | Buy (add'l) | 01/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 87. | | | | | Sold (part) | 05/06/15 | J | | |
| 88. | | | | | Sold (part) | 06/04/15 | J | | |
| 89. American Funds Capital Income Builder (IRA-1410) | A | Dividend | | | Sold (part) | 07/24/15 | K | A | |
| 90. | | | | | Sold | 09/04/15 | J | | |
| 91. Invesco Comstock Fund (IRA-1410) | A | Dividend | | | Sold | 08/21/15 | J | B | |
| 92. T. Rowe Price Capital Appreciation (IRA-1410) | B | Dividend | J | T | Sold (part) | 01/29/15 | J | A | |
| 93. | | | | | Sold (part) | 08/27/15 | K | B | |
| 94. FPA Crescent (IRA-1410) | | None | | | Sold | 04/08/15 | K | B | |
| 95. Rydex Consumer Products (IRA-1410) | A | Dividend | K | T | Sold (part) | 08/24/15 | K | B | |
| 96. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 97. American Funds Growth Fund of America (IRA-1410) | | None | | | Sold | 08/24/15 | J | | |
| 98. DoubleLine Total Return Bond (IRA-1410) | B | Dividend | K | T | Buy (add'l) | 10/05/15 | J | | |
| 99. James Balanced Golden Rainbow Fund (IRA-1410) | A | Dividend | J | T | Buy | 10/21/15 | J | | |
| 100. Longboard Managed Furtures Strategy Fund (IRA-1410) | | None | | | Buy | 12/17/15 | J | | |
| 101. BlackRock Global Allocation (IRA-1410) | A | Dividend | | | Buy | 04/08/15 | J | | |
| 102. | | | | | Sold | 09/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MFS Int'l Value Class A (IRA-1410) | | None | | | Buy | 04/23/15 | J | | |
| 104. | | | | | Sold | 09/24/15 | J | | |
| 105. T. Rowe Price Capital Appreciation (IRA-5055) | C | Dividend | K | T | Buy (add'l) | 11/25/15 | J | | |
| 106. | | | | | Sold (part) | 10/01/15 | K | A | |
| 107. Cohen & Steers Realty Shares (IRA-5055) | A | Dividend | | | Sold (part) | 04/30/15 | K | C | |
| 108. | | | | | Sold | 06/05/15 | J | A | |
| 109. ICON Industrials Fund Class S (IRA-5055) | | None | | | Sold | 05/29/15 | J | | |
| 110. ProFunds Industrial Ultra Sector (IRA-5055) | | None | | | Sold | 04/29/15 | K | A | |
| 111. Rydex Healthcare (IRA-5055) | | None | | | Sold (part) | 04/15/15 | J | B | |
| 112. | | | | | Sold (part) | 08/21/15 | K | C | |
| 113. | | | | | Sold (part) | 09/02/15 | J | C | |
| 114. | | | | | Sold | 09/28/15 | J | A | |
| 115. Rydex Retailing (IRA-5055) | | None | | | Sold (part) | 08/24/15 | K | A | |
| 116. | | | | | Sold | 10/15/15 | J | A | |
| 117. Guggenheim S&P 500 Equal Weight ETF (IRA-5055) | A | Dividend | | | Sold (part) | 08/20/15 | J | A | |
| 118. | | | | | Sold | 09/01/15 | J | | |
| 119. Schwab U.S. Bond Market ETF (IRA-5055) | A | Dividend | | | Sold | 09/04/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Loomis Sayles Bond (IRA-5055) | A | Dividend | | | Sold | 03/11/15 | K | | |
| 121. Schwab Government Money Fund (IRA-5055) | | None | M | T | | | | | |
| 122. Fidelity Puritan (IRA-5055) | A | Dividend | K | T | Buy | 10/12/15 | J | | |
| 123. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 124. Rydex S&P 500 Pure Growth (IRA-5055) | | None | J | T | Buy | 12/01/15 | J | | |
| 125. Rydex Consumer Products (IRA-5055) | A | Dividend | K | T | Buy | 10/08/15 | J | | |
| 126. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 127. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 128. Guggenheim S&P 500 Equal Wgt Technology (IRA-5055) | A | Dividend | K | T | Buy | 10/29/15 | J | | |
| 129. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 130. Schwab U.S. Large-Cap ETF (IRA-5055) | A | Dividend | J | T | Buy | 11/11/15 | J | | |
| 131. BlackRock High Yield Bond (IRA-5055) | A | Dividend | | | Buy | 02/24/15 | K | | |
| 132. | | | | | Sold | 12/11/15 | J | | |
| 133. Henderson Int'l Opportunities Fund (IRA-5055) | | None | | | Buy | 04/14/15 | K | | |
| 134. | | | | | Sold | 08/24/15 | J | | |
| 135. ProFunds Consumer Services Ultra Sector (IRA-5055) | | None | | | Buy | 03/25/15 | K | | |
| 136. | | | | | Sold | 08/24/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Rydex Energy Fund (IRA-5055) | | None | | | Buy | 04/29/15 | K | | |
| 138. | | | | | Sold | 06/18/15 | J | | |
| 139. Rydex Inverse High Yield Strategy H (IRA-5055) | | None | | | Buy | 07/27/15 | K | | |
| 140. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 141. | | | | | Sold (part) | 10/05/15 | J | | |
| 142. | | | | | Sold | 10/07/15 | J | | |
| 143. Rydex Technology (IRA-5055) | | None | | | Buy | 05/13/15 | K | | |
| 144. | | | | | Sold | 08/21/15 | J | | |
| 145. Trust # 1 | A | Interest | K | T | | | | | |
| 146. - JP MorganChase Bank Account | | | | | | | | | |
| 147. -John Hancock Life Insurance Policy | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All information and explanations relate to Part VII:

Lines 1-3: These entries pertain to my spouse's 401K Plan. The information was set forth in lines 1, 146-51 of my 2014 amended report, dated Sept. 1, 2015 ("Amended Report"). This report rearranges the information so that it appears in consecutive lines. Contributions were made during 2015 to the 401K Plan and were used to purchase additional interests of the existing mutual funds as indicated in lines 2 and 3.

Lines 4-6: These entries pertain to my spouse's Partners Defined Contribution Plan. The information was set forth in lines 2, 153-59 of the Amended Report. This report rearranges the information so that it appears in consecutive lines. No contributions were made in 2015. Upon my spouse's retirement, her interests in this plan were rolled over into the Keogh (Target) Plan - Plan I (see lines 11-13).

Lines 11-13: These entries pertain to my spouse's interest in the firm's Keogh (Target Plan) - Plan I. She made contributions in 2015 but there is no specific account in her name. The value and income reflected on Part VII represent her allocable share of the value and income of the Keogh account. There are also sale transactions in the Keogh account that generate gains and/or losses. These gains and/or losses are reflected in the value of her allocable portion. Upon my spouse's retirement, and as noted immediately above, the funds in the Partners Defined Contribution Plan were rolled over into this plan, and the rollover is reflected as additions to the plan in lines 12-13. Because no available code corresponded to this rollover, column D(1) is left blank. Furthermore, the investments in this plan are not self-directed by my spouse, and future entries will not identify the securities that the plan holds. After her retirement, my wife began to receive monthly distributions from this plan. She received her one and only 2015 distribution on December 1, 2015.

Line 15: This entry relates to a Defined Benefit Trust-Qualified Plan II. Upon vesting, there will be a right to an annuity, but the present value of annuity fluctuates annually based on the my and my spuse's ages and the interest rate and mortality assumptions prescribed by the IRS. My spouse did not make a contribution during 2015, but her firm made a contribution on her behalf. In addition, upon her retirement, my spouse began to receive monthly distributions from this plan. She received three monthly distributions beginning on or about October 1, 2015, and the value listed in column D(3) represents the aggregate amount of the monthly distributions.

Line 16: My spouse did not make a contribution to the the Capital "C" account in 2015, but her firm made a contribution on her behalf. In addition, upon her retirement, my spouse began to receive monthly distributions from this plan. She received three monthly distributions beginning on or about October 1, 2015, and the value listed in column D(3) represents the aggregate amount of the monthly distributions.

Line 17: No contributions were made to the Capital "A" account in 2015.

lines 18-144: I maintain two IRA brokerage accounts and my spouse and I maintain two brokerage accounts held as tenants in common with Charles Schwab. The report identifies the security that is the subject of the reported transaction with a parenthetical reference that identifies the last four digits of the account number and whether the account is an IRA account. Where multiple purchases or sales were made during the year, the aggregate amount of the income, if any, and the value of the asset (if held at the end of the reporting period) are reported on the first line on which the asset is listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STUART M. BERNSTEIN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544